

FILED

Mar 17, 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: INCRETIN–BASED THERAPIES
PRODUCTS LIABILITY LITIGATION

MDL No. 2452

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO –23)

On August 26, 2013, the Panel transferred 8 civil action(s) to the United States District Court for the Southern District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 968 F.Supp.2d 1345 (J.P.M.L. 2013). Since that time, 32 additional action(s) have been transferred to the Southern District of California. With the consent of that court, all such actions have been assigned to the Honorable Anthony J. Battaglia.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of California and assigned to Judge Battaglia.

Pursuant to Rule 7.1 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation</u>, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Southern District of California for the reasons stated in the order of August 26, 2013, and, with the consent of that court, assigned to the Honorable Anthony J. Battaglia.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of California. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Mar 17, 2015

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

I hereby attest and certify on 3-17-15
That the foregoing document is a full, true and correct
copy of the original on file in my office and in my legal
custody.
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

By_____ Deputy

**IN RE: INCRETIN−BASED THERAPIES
PRODUCTS LIABILITY LITIGATION**                              MDL No. 2452

## SCHEDULE CTO−23 − TAG−ALONG ACTIONS

**DIST**       **DIV.**       **C.A.NO.**       **CASE CAPTION**

CALIFORNIA EASTERN

   CAE          2          15−00481          Anapolsky et al v. Amylin Pharmaceuticals, Inc. et al